No. 4019.—CAMPOS, apldo., v. THE GREAT AMERICAN INSURANCE Co., aplte.—C. D. Ponce. Nov. 23, 1929. Siendo éste un caso en el cual la jurisdicción pasó a la Corte de Apelaciones para el Primer Circuito de los Estados Unidos a virtud de la admisión de recurso de apelación, prestación de fianza y diligenciamiento de la citación, no ha lugar por ahora a decretar la sustitución de parte que se pretende; y visto lo resuelto en noviembre 6, 1923 en el recurso No. 2631, *González* v. *Roig,* se declara sin lugar la moción de desistimiento sin perjuicio de que se le someta a la dicha Corte de Circuito.

No. 5112.—M. GRAU E HIJOS, aplda., v. CHARRÓN, aplte.— C. D. Mayagüez. Nov. 26, 1929.

(Por la corte, a propuesta del Juez Presidente Señor del Toro.)

POR CUANTO, interpuesta apelación en este caso el 12 de agosto de 1929, nada ha hecho el apelante para perfeccionarla,

POR TANTO, se declara con lugar la moción de la parte apelada de 21 de octubre, 1929, vista sin asistencia de las partes el 25 de noviembre actual, y en su consecuencia se desestima, por abandono, el recurso.